# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 6, 2009

138817 & (22)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

_____

In re PRISCILLA M. WARD REVOCABLE
TRUST.

_____

SUSAN R. WARD–TENBROEKE, Trustee,
     Appellant,

v

MACKENZIE'S ANIMAL SANCTUARY, INC.
and DOCTORS WITHOUT BORDERS USA, INC.,
     Appellees.

SC: 138817
COA: 289622
Kent Probate Court:
08-185530-TV

_____/

     On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the February 18, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2009

_____
Clerk

s0720